**Order entered January 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00755-CR
## No. 05-18-00756-CR
## No. 05-18-00757-CR
## No. 05-18-00758-CR

### KAMERON HALL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-35022-H, F16-35023-H, F16-35024-H & F16-35025-H**

## ORDER

We **REINSTATE** these appeals.

We ordered the trial court to appoint new counsel to represent appellant. On January 11, 2019, we received the trial court's appointment. We **DIRECT** the Clerk to list J. Daniel Oliphant as appointed counsel for appellant. All future correspondence should be sent to J. Daniel Oliphant, 3626 N. Hall Street, Suite 622, Dallas, TX 75219.

On January 10, 2019, court reporter Karren Jones filed a supplemental reporter's record with the State's exhibits. In light of this, we **STRIKE** volume five of the reporter's record filed

September 28, 2018. Furthermore, we **ORDER** court reporter Karren Jones to file State's exhibit 81, a DVD offered and admitted at trial, within **TEN DAYS** of the date of this order.

The State's brief is **DUE** February 6, 2019.


/s/     LANA MYERS
           JUSTICE